Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Foodology, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Banana Moon** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**20-2735483** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**730 Waukegan Rd.**<br>**Deerfield, IL**<br>ZIP Code **60015** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2033 N. Milwaukee Avenue**<br>**Suite 175**<br>**Riverwoods, IL**<br>ZIP Code **60015** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**Richards, Ralph & Schwab, Chartered**<br>**175 E. Hawthorn Parkway, Suite 345**<br>**Vernon Hills, IL 60061** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☐ Chapter 11  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12      of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ■ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ■ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Foodology, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Alan Ira Wolf** | Case Number: **07-05727** | Date Filed: **3/30/07** |
| District: **Northern District of Illinois** | Relationship: **President/Sole Shareholder** | Judge: **A. Benjamin Goldgar** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X *Michael J Ralph*   *8/16/07* Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                    FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Foodology, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Michael L. Ralph**   *Michael J Ralph, Jr.*
Signature of Attorney for Debtor(s)

**Michael L. Ralph 2279304**
Printed Name of Attorney for Debtor(s)

**Richards, Ralph & Schwab, Chartered**
Firm Name

**175 East Hawthorn Parkway**
**Vernon Hills, IL 60061**


Address

**847-367-9699  Fax: 847-367-9621**
Telephone Number

**August 16, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Alan I. Wolf**   *Alan I Wolf*
Signature of Authorized Individual

**Alan I. Wolf**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 16, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### United States Bankruptcy Court
#### Northern District of Illinois

In re __Foodology, Inc.__

Debtor(s)

Case No.

Chapter __7__

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Alan I. Wolf**, declare under penalty of perjury that I am the **President** of **Foodology, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 16th day of August, 2007.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alan I. Wolf, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alan I. Wolf, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alan I. Wolf, President** of this Corporation is authorized and directed to employ **Michael L. Ralph 2279304**, attorney and the law firm of **Richards, Ralph & Schwab, Chartered** to represent the corporation in such bankruptcy case."

Date **August 16 2007**

Signed _____
Alan I. Wolf, President

Resolution of Board of Directors
of
**Foodology, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alan I. Wolf, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alan I. Wolf, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alan I. Wolf, President** of this Corporation is authorized and directed to employ **Michael L. Ralph 2279304**, attorney and the law firm of **Richards, Ralph & Schwab, Chartered** to represent the corporation in such bankruptcy case.

Date  **August 16 2007** _____      Signed _____
                                                                      Alan I. Wolf, President

Date  **August 15 2007** _____      Signed _____

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Foodology, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **210**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 16, 2007**

**Alan I. Wolf/President**
Signer/Title

Abrams & Abrams
Ref: 06040039
75 E. Wacker Dr., Ste. 320
Chicago, IL 60601


ACC International
Ref: 769836/0500043553277/02/002
919 Estes Court
Schaumburg, IL 60193


Ace Mart Restaurant Supply
2653 Austin Highway
San Antonio, TX 78218


ADP, Inc.
100 Northwest Point Blvd.
Elk Grove Village, IL 60007


ADP, Inc.
Chicago Region
P.o. Box 78415
Phoenix, AZ 85062


ADT
P.O. Box 551200
Jacksonville, FL 32255


ADT Security Services, Inc.
P.O. Box 96175
Las Vegas, NV 89193


ADT Security Services, Inc.
P.O. Box 371967
Pittsburgh, PA 15250


AdvanceMe, Inc.
600 TownPark Lane
Suite 500
Kennesaw, GA 30144


Advanta Bank Corp.
P.O. Box 30715
Salt Lake City, UT 84130

Advanta Bank Corp.
P.O. Box 844
Spring House, PA 19477-0844

Alan Wolf
2033 N. Milwaukee Ave.
Suite 175
Deerfield, IL 60015

Allen Law Group, LLP
Ref: 50162755/SBC8479481100618
50 Airport Parkway, Ste. 100A
San Jose, CA 95110

Allied Interstate
Ref: 10268628/84794811006180
3000 Corporate Exchange Dr., 5th Fl
Columbus, OH 43231

Allstar Grease Filter Maintenence
P.O. Box 510
North Chicago, IL 60064

American Credit Systems, Inc.
Ref: European Imports 25752
P.O. Box 72849
Roselle, IL 60172

American Express (Corresp)
P.O. Box 297812
Fort Lauderdale, FL 33329

American Express - Costco
P.O. Box 7863
Fort Lauderdale, FL 33329

American Express Blue (Corresp)
P.O. Box 7863
Fort Lauderdale, FL 33329

American Express Merchant Account
GC Services Limited Partnership
P.O. Box 475000 (047)
Jacksonville, FL 32247

American Safe Technologies, Inc.
1925 Enterprise Ct.
Libertyville, IL 60048


Artisan Specialty Foods, Inc.
8121 Ogden Ave.
Lyons, IL 60534


Associated Collectors, Inc.
Ref: 1370317/57495
P.O. Box 1039
Janesville, WI 53547


AT&T Universal Card (Notice)
P.O. Box 44167
Jacksonville, FL 32231


Atlas & Leviton
Ref: 2603066.00
P.O. Box 894
Glenview, IL 60025


Axis Publishing Co.
P.O. Box 308
Janesville, WI 53547


Badger Murphy Food Service
P.O. Box 12440
Chicago, IL 60612


Baker, Miller, Markoff & Krasny
Ref: 07-00454-0
29 N. Wacker Drive, 5th Fl.
Chicago, IL 60606


Bank of America (Corresp 2)
P.O. Box 2463
Spokane, WA 99210


Bank of America (Corresp.)
P.O. Box 53101
Phoenix, AZ 85072

Benford Plumbing, Inc.
3428 Kings Lair Dr.
Spring Grove, IL 60081

Biehl & Biehl, Inc.
Ref: 3818172 McMaster Carr
P.O. Box 66415
Chicago, IL 60666-0415

Bonded Collection Corporation
Ref: 5567288
29 E. Madison St., Ste. 1650
Chicago, IL 60602

Brown, Kaplan & Liss, LLP
500 Davis St., Suite 502
Evanston, IL 60201

Butler, Robbins & White
Ref: File No.: 37082944
5701 Pine Island Rd., Ste. 360
Fort Lauderdale, FL 33321

Capital Management Services, Inc.
Ref: 111000000689170561
726 Exchange St., Ste. 700
Buffalo, NY 14210

Capital One FSB
P.O. Box 60067
City Of Industry, CA 91716

Capital One FSB (Main Corresp)
P.O. Box 30285
Salt Lake City, UT 84130

Charity Venetucci
1801 Beverly Pl.
Highland Park, IL 60035

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase (Corresp.)
P.O. Box 15298
Wilmington, DE 19850

Chase Bank
c/o Capital Management Services, LP
726 Exchange St., Ste. 700
Buffalo, NY 14210

Chase Mastercard (Corresp.)
P.O. Box 15902
Wilmington, DE 19850

Cintas #22
1025 National parkway
Schaumburg, IL 60173

Citi Cards
P.O. Box 6000
The Lakes, NV 89163

Citibank Customer Service (Corresp)
Ref: 5491130089602767
P.O. Box 6500
Sioux Falls, SD 57117

Classic Designs by Nike, Inc.
1546 North Clark, Suite 200
Chicago, IL 60610

Club Audio - Chicago
4520 N. Clarendon Ave., Suite708
Chicago, IL 60640

Coca-Cola Enterprises Lakeshore Div
Park City Sales Center
2335 Paysphere Circle
Chicago, IL 60674

Collection Bureau of America
Ref: SB193361
P.O. Box 5013
Hayward, CA 94540

Collins Caviar Co.
113 York Street
Michigan City, IN 46360

Com Ed
Attn: Credit Dept.
2100 Swift Dr.
Oak Brook, IL 60523

Comcast
2508 W. Route 120
Mchenry, IL 60050

CST Co., Inc.
Ref: 6K15414-41
P.O. Box 33127
Louisville, KY 40232

Deal Me In Marketing
P.O. Box 305
Northbrook, IL 60065

DeNormandie
7780 S. Dante Avenue
Chicago, IL 60619

Dependable Fire Equipment
60 Lebaron
Waukegan, IL 60085

DirectTV, Inc.
Business Service Center
P.O. Box 5392
Miami, FL 33152

Discover Card (Notice)
P.O. Box 15192
Wilmington, DE 19850

Discover Financial Services
Ref: 6011007960179330
P.O. Box 3025
New Albany, OH 43054

DMX Music
600 Congress Avenue
Suite 1400
Austin, TX 78701


E-J Industries, Inc.
1275 S. Campbell Ave.
Chicago, IL 60608


Ecolab
P.O. Box 70343
Chicago, IL 60673


Ecolab Pest Elimination
P.O. Box 6007
Grand Forks, ND 58206


Edward Don & Company
2500 S. Harlem Avenue
North Riverside, IL 60546


Empire Cooler Service, Inc.
940 W. Chicago Ave.
Chicago, IL 60622


European Imports, Ltd.
2475 N. Elston Avenue
Chicago, IL 60647


Evanston Northwestern Healthcare
Hospital Billing
23056 Network Pl.
Chicago, IL 60673


Evanston Northwestern Healthcare
Dept. 77-9532
Chicago, IL 60678


Federated Financial Corporation
Ref: Advanta 5584189706050527
P.O. Box 2034
Farmington, MI 48333

FIA Card Services, N.A.
Wolpoff & Abramson, LLP
702 King Farm Blvd.
Rockville, MD 20850


First Equity Card Corp.
P.O. Box 84075
Columbus, GA 31901


Fortune Fish Company
1050 Thorndale Avenue
Bensenville, IL 60106


Fred W. Losch Beverage Co.
436 Park Avenue
Lake Villa, IL 60046


Friedman & Wexler, LLC
Ref: 72778.250
500 W. Madison St., Ste. 2910
Chicago, IL 60661


GC Services Limited Partnership
Ref: 4437426
P.O. Box 79 (037)
Elgin, IL 60121


GC Services Limited Partnership
Ref: 3121237192
P.O. Box 475000 (047)
Jacksonville, FL 32247


Geo. J. Cornille & Sons, Inc.
2404 S. Wolcott Ave., Unit 1
Chicago, IL 60608


Great Lakes Wine Company
450 North York Road
Bensenville, IL 60106


Gregory Seddens
227 High St.
Highwood, IL 60040

GS Services Limited Partnership
Ref: 4437426
P.O. Box 626
Elgin, IL 60121

Guy Viti Insurance Agency, Inc.
445 Sheridan Road
P.O. Box 699
Highwood, IL 60040

Harvard Collection Services
ID#9933297/Client#3427022047
4839 N. Elston Ave.
Chicago, IL 60630

Heritage Wine Cellars, Ltd.
6600 W. Howard St.
Niles, IL 60714

Highland Baking Co.
3665 West Lunt Ave.
Lincolnwood, IL 60712

Household Bank (SB), NA
Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714

Howard C. Emmerman
Beermann Swerdlove, LLP
161 N. Clark St., Ste. 2600
Chicago, IL 60601

Illinois Department of Revenue (p)
Bankrupcty Section/Level 7-425
100 West Randolph St.
Chicago, IL 60606

Illinois Dept. of Empl. Sec. (p)
Bankruptcy Unit
3rd Fl., 401 S. State St.
Chicago, IL 60605

Illinois Secretary of State
Dept. of Business Services
501 S. 2nd St.
Springfield, IL 62756-5510


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999


Internal Revenue Service (p)
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service*
230 S. Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604


International Mailgram
P.O. box 9658
Minneapolis, MN 55440


Jason Lee Gottlieb
1801 Beverly
Highland Park, IL 60035


John J. Hanover
c/o Doouglas W. Worrell
1625 W. Colonial Parkway
Inverness, IL 60067


John J. Hanover
224 Perth Rd.
Cary, IL 60013


JPMorgan Chase Bank, N.A.
Illinois Market
P.O. Box 260180
Baton Rouge, LA 70826


Judge & Dolph, Ltd.
1925 Busse Rd.
Elk Grove Village, IL 60007

Judge & Dolph, Ltd.
1501 Michael Dr.
Wood Dale, IL 60191


Justin A. Sheridan
1316 W. Park Drive
Round Lake Beach, IL 60023


Kingswood Leasing
P.O. Box 729
Wolfeboro Falls, NH 03896


Kirby Limited Partnership d/b/a
Deerfield Square Limited Partnershi
740 N. Waukegan Rd., Ste. 400
Deerfield, IL 60015


Kloss Distributing
1333 Northwestern Avenue
Gurnee, IL 60031


L & L Packing Company
527 W. 41st Street
Chicago, IL 60609


Lake County Health Department
Environmental Health Services
3010 Grand Avenue
Waukegan, IL 60085


Law Offices of Barry Serota & Assoc
Case No.: 669688
P.O. Box 1008
Arlington Heights, IL 60006


Leasecomm
Ref: 30034896
10M Commerce Way
Woburn, MA 01801


Lencioni Wholesale Meats, Inc.
1000 Brown Street
Suite 205
Wauconda, IL 60084

Lesley Harling
131 Lilac Ln.
Buffalo Grove, IL 60089


LHR, Inc.
Ref: 4988820002092160
6341 Inducon Drive East
Sanborn, NY 14132


Lion Distributors
3687 Commercial Avenue
Northbrook, IL 60052


Louis Glunz Wines, Inc.
466 Diens Drive
Wheeling, IL 60090


Making Glass Studio & Gallery
1490 Old Deerfield Rd., Unit 18
Highland Park, IL 60035


Marcat Inc. d/b/a Anmar Foods
c/o Atlas & Leviton-Ref: 2603066.00
P.O. Box 894
Glenview, IL 60025


Marcat, Inc. d/b/a Anmar Foods
2150 W. Carroll Avenue
Chicago, IL 60612


Marlin Leasing
P.O. Box 13604
Philadelphia, PA 19101


Marshall Fields (Corresp.)
P.O. Box 8098
Lorain, OH 44055


Matek Law Offices, P.C.
Ref: 06-08-00062
77 West Washington, Ste. 1313
Chicago, IL 60602

Maverick Wine Co., LLC
401 Eastern Ave.
Bensenville, IL 60106


MBNA America (Corresp)
P.O. Box 15026
Wilmington, DE 19850


McMaster Carr
P.O. Box 7690
Chicago, IL 60680


Michael Maysilles (REF: 729586)
c/o Performance Source II, Ltd.
5097 N. Elston Ave., Suite 300
Chicago, IL 60630


Michael Wolf
1420 Sheridan Road
Highland Park, IL 60035


Michael Wolf
1420 Sheridan Rd.
Highland Park, IL 60035


Micros
7031 Columbia Gateway Drive
Columbia, MD 21046


Modern Career Apparel
71 W. Seegers Rd.
Arlington Heights, IL 60005


National Arbitration Forum
File No. FA0612000858258
P.O. Box 50191
Minneapolis, MN 55405


Nationwide Credit
Ref: CF8326
4740 N. State Road, Suite 108
Fort Lauderdale, FL 33319

Nationwide Credit, Inc.
Ref: ID 7867959/Acct 37978994
2015 Vaughn Rd. NW, Ste. 400
Kennesaw, GA 30144-7802


NCO Financial Systems, Inc.
Ref: 4115072597604076
P.O. Box 61247, Dept. 64
Virginia Beach, VA 23466


NCO Financial Systems, Inc.
Ref: CID075182959017USD/CF0706
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
Ref: CID075182959017USD/CF0706
200 Vesey Street, 44th Fl.
New York, NY 10285


Network1 Financial
Merch #: 3948000355501167
1501 Farm Credit Dr., Suite 1500
Mc Lean, VA 22102


Nickolaou, Michaels & Evans, Ltd.
Ref:  07M1 110265
7503 W. 56th St.
Summit, IL 60501


Nickolaou, Michaels & Evans, Ltd.
Ref:  06M1142743
7503 W. 56th St.
Summit, IL 60501


North Shore Distillery, LLC
P.O. Box 279
Lake Bluff, IL 60044


Northland Group, Inc.
Ref: F14437040
7831 Glenroy Rd., Ste. 350
Edina, MN 55439-3108

Northland Group, Inc.
Ref: F14437040
P.O. Box 390846
Edina, MN 55439


Northland Group, Inc.
Ref: F1443799126 - Mail Code CBK1
P.O. Box 390905
Edina, MN 55439


Northland Group, Inc./Re:F13799126
P.O. Box 390905
Mail Code CBK1
Edina, MN 55439


NWS, Inc. d/b/a Union Beverage Co.
c/o Catherine Elliott-Dunne
P.O. Box 10371
Chicago, IL 60610


NWS, Inc. d/b/a Union Beverage Co.
2600 W. 35th St.
Chicago, IL 60632


NWS, Inc. d/b/a Union Beverage Co.
3104 Farber Dr.
Champaign, IL 61821


Office Depot (Corresp)
P.O. Box 689182
Des Moines, IA 50368


Office Depot Credit Plan
P.O. Box 9020
Des Moines, IA 50368


Open Table, Inc.
799 Market, 4th Floor
San Francisco, CA 94103


Opex Communications, Inc.
c/o Premiercom
P.O. Box 707
Elk Grove Village, IL 60009

Oxford Management Services
Ref: Claim #10447845
P.O. Box 18060
Hauppauge, NY 11788


Paintcraft, Inc.
1843 W. Grand Ave.
Chicago, IL 60622


Pamela McLean Meyerson
151 North Harvey Avenue
Oak Park, IL 60302


Party Linens by De Normandie
7780 S. Dante Ave.
Chicago, IL 60619


Pawnee Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526


PEI-AMS Direct
7020 High Grove Blvd.
Burr Ridge, IL 60527


People's Energy
Attn: Bankruptcy Department
130 E. Randolph, 17th Floor
Chicago, IL 60601


Performance Source II, Ltd.
Ref: 729586
P.O. Box 300783
Chicago, IL 60630


Peter Ward
2644 W. Pratt Blvd.
Unit 2
Chicago, IL 60645


PFG of Minnesota
Ref: OK0051
7825 Washington Ave S., Ste. 410
Minneapolis, MN 55439-2409

Platinum Distributing, Inc.
400 Central Ave., Suite 320
Northfield, IL 60093


Premium Assignment Corp.
P.O. Box 3100
Tallahassee, FL 32315


Primary Financial Services
Ref: 111000000689170561
3115 N. 3rd Ave., Ste. 113
Phoenix, AZ 85013


ProHost USA, Inc.
Ref: PAC5633078
4500 Park Glen Rd., Ste. 410
Minneapolis, MN 55416


Receivable Management Services
Claim No.: 288042484-3/288042484-M1
P.O. Box 20410
Bethlehem, PA 18025


Receivable Management Services
Ref: 288042484-6
P.O. Box 20410
Bethlehem, PA 18025


Receivable Recovery Specialists
Ref: 3083-1
P.O. Box 197
Bensenville, IL 60106-0197


Receivables Control Corporation
Ref: Ecolab 19747878
7373 Kirkwood Court, Ste. 200
Minneapolis, MN 55369


Receivables Control Corporation
Ref: Ecolab 19747878
P.O. Box 9658
Minneapolis, MN 55440

Receivables Performance Management
Ref: 5157370
1930 220th St. SE, Ste. 101
Bothell, WA 98021


Rewards Network
2 N. Riverside Plaza, Suite 950
Chicago, IL 60606


RR Public Relations, Inc.
2220 W. Dickens Ave.
Chicago, IL 60647


Sara Lee Coffee & Tea
P.O. Box 93354
Chicago, IL 60673


SBC/AT&T
Bill Payment Center
Chicago, IL 60663


SBC/AT&T*
Law Department
225 W. Randolph, Suite 27A
Chicago, IL 60606


Southern Wine & Spirits of Illinois
300 East Crossroads Parkway
Bolingbrook, IL 60440


Southern Wine & Spirits of Illinois
2971 Paysphere Circle
Chicago, IL 60674


Sprint Customer Service (Corresp)
P.O. Box 8077
London, KY 40742


State of Illinois - Dept. of Labor
Hearings Division - 06-001385
160 N. La Salle St., Ste. C-1300
Chicago, IL 60601

State of Illinois - Dept. of Labor
Hearings Division - 06-001386
160 N. La Salle St., Ste. C-1300
Chicago, IL 60601


State of Illinois - Dept. of Labor
Hearings Division - 06-001264
160 N. La Salle St., Ste. C-1300
Chicago, IL 60601


Stein & Rotman
Ref: Foodology, Inc. dba Banana Moo
105 West Madison Street, Suite 600
Chicago, IL 60602


Stein & Rotman
Ref: 060684/Banana Moon
105 West Madison Street
Chicago, IL 60602


Superior Knife, Inc.
8120 N. Central Ave.
Skokie, IL 60076


Superior Refrigeration
30333 North Fairfield Rd.
Grayslake, IL 60030


Susan Swartz
349 Marshman
Highland Park, IL 60035


Sysco Food Services
c/o McMahan & Sigunick, Ltd.
216 W. Jackson Blvd., Ste. 900
Chicago, IL 60606


Sysco Food Services - Chicago, Inc.
250 Wieboldt Dr.
Des Plaines, IL 60016


Sysco Food Services - Chicago, Inc.
P.O. Box 5037
Des Plaines, IL 60017

Taylor Chicago Distributors
843 Cambridge Drive
Elk Grove Village, IL 60007


TeamCo International
1130 Lake Cook Rd., Suite 130
Buffalo Grove, IL 60089


Teodora Bailey
215 E. Chestnut, #202
Chicago, IL 60611


The Lock Up Storage Centers
1505 Old Deerfield Rd.
Highland Park, IL 60035


The Seafood Merchants, Ltd.
900 Forest Edge Dr.
Vernon Hills, IL 60061


TimePayment Corp.
P.O. Box 3069
Woburn, MA 01888


TimePayment Corp. (Corresp)
10-M Commerce Way
Woburn, MA 01801


Tri-Star Mechanical Services, Inc.
114 Joey Drive
Elk Grove Village, IL 60007


True World Foods, Inc.
950 Chase Avenue
Elk Grove Village, IL 60007


United Recovery Systems, LP
Ref: 07267536
5800 N. Course Dr.
Houston, TX 77072


United Recovery Systems, LP
Ref: 07267536
P.O. Box 722929
Houston, TX 77272-2929

Valentine & Kebartas, Inc.
Ref: 006320525-01-5000
P.O. Box 325
Lawrence, MA 01842

Van Ru Credit Corporation
Ref: 12086249
P.O. Box 618
Park Ridge, IL 60068-0618

Van Ru Credit Corporation
Ref: 12086249
11745 W. Bradley Rd.
Milwaukee, WI 53224

Vengroff, Williams & Associates
Ref: 2007163
P.O. Box 4155
Sarasota, FL 34230

Village of Deerfield
850 Waukegan Rd.
Deerfield, IL 60015

Vintage Wines
242 Beinoris Drive
Wood Dale, IL 60191

Wells Fargo Bank Visa (Corresp)
P.O. Box 522
Des Moines, IA 50302

Wells Fargo Card Services
P.O. Box 10347
Des Moines, IA 50306

Wells Fargo Card Services
P.O. Box 9210
Des Moines, IA 50306

West Asset Management
Ref: 2214335
P.O. Box 105812
Atlanta, GA 30348

Wolpoff & Abramson, LLP
File: 166187396
702 King Farm Blvd.
Rockville, MD 20850


Wolpoff & Abramson, LLP
File: 166187396/FA0612000858258
702 King Farm Blvd.
Rockville, MD 20850