# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: FOODOLOGY, INC. § | Case No. 07-14796 |
| § | |
| MOON, BANANA § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 12/09/2011 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/20/2011        By: /s/JOHN E. GIERUM
                                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FOODOLOGY, INC. | § | Case No. 07-14796 |
| | § | |
| MOON, BANANA | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $   39,990.25

*and approved disbursements of*            $      382.75

*leaving a balance on hand of* [1]         $   39,607.50

**Balance on hand:**                       $   39,607.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:                       $   39,607.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 4,749.03 | 0.00 | 4,749.03 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten Ltd. | 1,822.50 | 0.00 | 1,822.50 |

Total to be paid for chapter 7 administration expenses:   $   6,571.53
Remaining balance:                                        $   33,035.97

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $   33,035.97

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $169,292.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 166,293.36 | 0.00 | 32,450.74 |
| 4P | Illinois Department of Revenue (p) | 2,999.00 | 0.00 | 585.23 |

Total to be paid for priority claims:   $   33,035.97
Remaining balance:   $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 346,006.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Peoples Gas Light & Coke Co. | 2,117.69 | 0.00 | 0.00 |
| 2 | Micros Systems, INC | 5,990.98 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 7,362.27 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue (p) | 380.00 | 0.00 | 0.00 |
| 5 | Paintcraft, Inc. | 2,280.00 | 0.00 | 0.00 |
| 6 | Village of Deerfield | 537.92 | 0.00 | 0.00 |
| 7 | Empire Cooler Service, Inc. | 300.00 | 0.00 | 0.00 |
| 9 | Judge & Dolph, Ltd. | 265.59 | 0.00 | 0.00 |
| 10 | L&L Packing Company | 4,302.61 | 0.00 | 0.00 |
| 11 | Edward Don & Company | 6,193.30 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 12 | American Express Bank FSB | 19,039.98 | 0.00 | 0.00 |
| 13 | Benford Plumbing, Inc. | 4,202.63 | 0.00 | 0.00 |
| 14 | Superior Knife, Inc. | 154.60 | 0.00 | 0.00 |
| 15 | Sprint Nextel | 1,408.15 | 0.00 | 0.00 |
| 16 | McMaster Carr | 340.74 | 0.00 | 0.00 |
| 17 | Sysco Food Services | 10,279.79 | 0.00 | 0.00 |
| 18 | Marlin Leasing Corporation | 19,853.87 | 0.00 | 0.00 |
| 19 | ADT Security Systems Inc | 131.66 | 0.00 | 0.00 |
| 20 | ADT Security Systems Inc | 1,481.73 | 0.00 | 0.00 |
| 21 | The Seafood Merchants, Ltd. | 16,706.25 | 0.00 | 0.00 |
| 22 | Ecolab | 3,294.87 | 0.00 | 0.00 |
| 23 | John J. Hanover | 226,000.00 | 0.00 | 0.00 |
| 24 | Justin A. Sheridan | 300.00 | 0.00 | 0.00 |
| 25 | Badger Murphy Food Service | 8,957.92 | 0.00 | 0.00 |
| 26 | LHR, Inc. | 9,107.49 | 0.00 | 0.00 |
| 27 | Federated Financial Corporation | 4,016.84 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 07-14796-ABG
Foodology, Inc.                                               Chapter 7
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt              Page 1 of 5                  Date Rcvd: Oct 21, 2011
                              Form ID: pdf006            Total Noticed: 203


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2011.
db           +Foodology, Inc.,    2033 N. Milwaukee Ave.,    Suite 175,   Riverwoods, IL 60015-3581
11549648     +ACC International,    Ref: 769836/0500043553277/02/002,    919 Estes Court,
               Schaumburg, IL 60193-4427
11549651     +ADP, Inc.,    Chicago Region,    P.o. Box 78415,   Phoenix, AZ 85062-8415
11549650     +ADP, Inc.,    100 Northwest Point Blvd.,    Elk Grove Village, IL 60007-1018
11549652     +ADT,   P.O. Box 551200,    Jacksonville, FL 32255-1200
11549654     +ADT Security Services, Inc.,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
11683765     +ADT Security Systems Inc,    14200 E Exposition Avenue,    Aurora, CO 80012-2540
11549670     +AT&T Universal Card (Notice),    P.O. Box 44167,    Jacksonville, FL 32231-4167
11549647     +Abrams & Abrams,    Ref: 06040039,    75 E. Wacker Dr., Ste. 320,   Chicago, IL 60601-3740
11549649     +Ace Mart Restaurant Supply,    2653 Austin Highway,    San Antonio, TX 78218-2049
11549658     +Alan Wolf,    2033 N. Milwaukee Ave.,    Suite 175,   Deerfield, IL 60015-3581
11549659     +Allen Law Group, LLP,    Ref: 50162755/SBC8479481100618,    50 Airport Parkway, Ste. 100A,
               San Jose, CA 95110-1036
11549660     +Allied Interstate,    Ref: 10268628/84794811006180,    3000 Corporate Exchange Dr., 5th Fl,
               Columbus, OH 43231-7723
11549661     +Allstar Grease Filter Maintenence,    P.O. Box 510,    North Chicago, IL 60064-0510
11549662     +American Credit Systems, Inc.,    Ref: European Imports 25752,    P.O. Box 72849,
               Roselle, IL 60172-0849
11549663     +American Express (Corresp),    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
11549664      American Express - Costco,    P.O. Box 7863,    Fort Lauderdale, FL 33329
11592942      American Express Bank FSB,    c/o Becket and Lee LLP,    P O Box 3001,   Malvern, PA 19355-0701
11549665      American Express Blue (Corresp),    P.O. Box 7863,    Fort Lauderdale, FL 33329
11549666      American Express Merchant Account,    GC Services Limited Partnership,    P.O. Box 475000 (047),
               Jacksonville, FL 32247
11549667     +American Safe Technologies, Inc.,    1925 Enterprise Ct.,    Libertyville, IL 60048-9764
11549668     +Artisan Specialty Foods, Inc.,    8121 Ogden Ave.,    Lyons, IL 60534-1125
11549669     +Associated Collectors, Inc.,    Ref: 1370317/57495,    P.O. Box 1039,   Janesville, WI 53547-1039
11549671     +Atlas & Leviton,    Ref: 2603066.00,    P.O. Box 894,   Glenview, IL 60025-0894
11549672     +Axis Publishing Co.,    P.O. Box 308,    Janesville, WI 53547-0308
11549673     +Badger Murphy Food Service,    P.O. Box 12440,    Chicago, IL 60612-0440
11549674     +Baker, Miller, Markoff & Krasny,    Ref: 07-00454-0,    29 N. Wacker Drive, 5th Fl.,
               Chicago, IL 60606-2851
11549675      Bank of America (Corresp 2),    P.O. Box 2463,    Spokane, WA 99210
11549676     +Bank of America (Corresp.),    P.O. Box 53101,    Phoenix, AZ 85072-3101
11549677     +Benford Plumbing, Inc.,    3428 Kings Lair Dr.,    Spring Grove, IL 60081-9699
11549679     +Bonded Collection Corporation,    Ref: 5567288,    29 E. Madison St., Ste. 1650,
               Chicago, IL 60602-4427
11549680     +Brown, Kaplan & Liss, LLP,    500 Davis St., Suite 502,    Evanston, IL 60201-4621
11549681     +Butler, Robbins & White,    Ref: File No.: 37082944,    5701 Pine Island Rd., Ste. 360,
               Fort Lauderdale, FL 33321-4400
11549700     +CST Co., Inc.,    Ref: 6K15414-41,    P.O. Box 33127,   Louisville, KY 40232-3127
11549684     +Capital One FSB (Main Corresp),    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11549685     +Charity Venetucci,    1801 Beverly Pl.,    Highland Park, IL 60035-2308
11549686     +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
11549687     +Chase (Corresp.),    P.O. Box 15298,    Wilmington, DE 19850-5298
11549689      Chase Mastercard (Corresp.),    P.O. Box 15902,    Wilmington, DE 19850
11549690     +Cintas #22,    1025 National parkway,    Schaumburg, IL 60173-5620
11549691     +Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-0001
11549692     +Citibank Customer Service (Corresp),    Ref: 5491130089602767,    P.O. Box 6500,
               Sioux Falls, SD 57117-6500
11549693     +Classic Designs by Nike, Inc.,    1546 North Clark, Suite 200,    Chicago, IL 60610-1407
11549694     +Club Audio - Chicago,    4520 N. Clarendon Ave., Suite708,    Chicago, IL 60640-6171
11549695     +Coca-Cola Enterprises Lakeshore Div,    Park City Sales Center,    2335 Paysphere Circle,
               Chicago, IL 60674-0001
11549696     +Collection Bureau of America,    Ref: SB193361,    P.O. Box 5013,   Hayward, CA 94540-5013
11549697     +Collins Caviar Co.,    113 York Street,    Michigan City, IN 46360-3653
11549702     +DeNormandie,    7780 S. Dante Avenue,    Chicago, IL 60619-3495
11549701     +Deal Me In Marketing,    P.O. Box 305,    Northbrook, IL 60065-0305
11549703     +Dependable Fire Equipment,    60 Lebaron,    Waukegan, IL 60085-3025
11549704      DirectTV, Inc.,    Business Service Center,    P.O. Box 5392,   Miami, FL 33152
11549708     +E-J Industries, Inc.,    1275 S. Campbell Ave.,    Chicago, IL 60608-1013
11549710     +Ecolab Pest Elimination,    P.O. Box 6007,    Grand Forks, ND 58206-6007
11549711     +Edward Don & Company,    2500 S. Harlem Avenue,    North Riverside, IL 60546-1473
11549712     +Empire Cooler Service, Inc.,    940 W. Chicago Ave.,    Chicago, IL 60642-5494
11549713     +European Imports, Ltd.,    2475 N. Elston Avenue,    Chicago, IL 60647-2033
11549715     +Evanston Northwestern Healthcare,    Dept. 77-9532,    Chicago, IL 60678-0001
11549714     +Evanston Northwestern Healthcare,    Hospital Billing,    23056 Network Pl.,
               Chicago, IL 60673-1230
11549717     +FIA Card Services, N.A.,    Wolpoff & Abramson, LLP,    702 King Farm Blvd.,
               Rockville, MD 20850-5775
11549716     +Federated Financial Corporation,    Ref: Advanta 5584189706050527,    P.O. Box 2034,
               Farmington, MI 48333-2034
11549719     +Fortune Fish Company,    1050 Thorndale Avenue,    Bensenville, IL 60106-1142
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 5               Date Rcvd: Oct 21, 2011
                              Form ID: pdf006            Total Noticed: 203

11549720      +Fred W. Losch Beverage Co.,    436 Park Avenue,    Lake Villa, IL 60046-6513
11549721      +Friedman & Wexler, LLC,    Ref: 72778.250,    500 W. Madison St., Ste. 2910,
                Chicago, IL 60661-4571
11549722      +GC Services Limited Partnership,    Ref: 4437426,    P.O. Box 79 (037),   Elgin, IL 60121-0079
11549723       GC Services Limited Partnership,    Ref: 3121237192,    P.O. Box 475000 (047),
                Jacksonville, FL 32247
11549727      +GS Services Limited Partnership,    Ref: 4437426,    P.O. Box 626,   Elgin, IL 60121-0626
11549724      +Geo. J. Cornille & Sons, Inc.,    2404 S. Wolcott Ave., Unit 1,    Chicago, IL 60608-5342
11549725      +Great Lakes Wine Company,    450 North York Road,    Bensenville, IL 60106-1606
11549726      +Gregory Seddens,   227 High St.,    Highwood, IL 60040-1605
11549728      +Guy Viti Insurance Agency, Inc.,    445 Sheridan Road,    P.O. Box 699,   Highwood, IL 60040-0699
11549730      +Heritage Wine Cellars, Ltd.,    6600 W. Howard St.,    Niles, IL 60714-3306
11549731      +Highland Baking Co.,    3665 West Lunt Ave.,    Lincolnwood, IL 60712-2613
11549732      +Household Bank (SB), NA,    Arrow Financial Services,    5996 W. Touhy Ave.,   Niles, IL 60714-4610
11549733      +Howard C. Emmerman,    Beermann Swerdlove, LLP,    161 N. Clark St., Ste. 2600,
                Chicago, IL 60601-3297
11549737     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,     Department of the Treasury,
                Cincinnati, OH 45999)
11549738     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service (p),     Centralized Insolvency Operations,
                P.O. Box 21126,    Philadelphia, PA 19114)
11549739     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service*,     230 S. Dearborn St.,   Mail Stop 5010 CHI,
                Chicago, IL 60604)
11549734      +Illinois Department of Revenue (p),    Bankrupcty Section/Level 7-425,    100 West Randolph St.,
                Chicago, IL 60601-3274
11549735       Illinois Dept. of Empl. Sec. (p),    Bankruptcy Unit,    3rd Fl., 401 S. State St.,
                Chicago, IL 60605
11549736       Illinois Secretary of State,    Dept. of Business Services,    501 S. 2nd St.,
                Springfield, IL 62756-5510
11549740      +International Mailgram,    P.O. box 9658,    Minneapolis, MN 55440-9658
11549744      +JPMorgan Chase Bank, N.A.,    Illinois Market,    P.O. Box 260180,    Baton Rouge, LA 70826-0180
11549741      +Jason Lee Gottlieb,    1801 Beverly,    Highland Park, IL 60035-2308
11549742      +John J. Hanover,   c/o Doouglas W. Worrell,    1625 W. Colonial Parkway,
                Inverness, IL 60067-1220
11549743      +John J. Hanover,    224 Perth Rd.,    Cary, IL 60013-2648
11549747       Justin A. Sheridan,    1316 W. Park Drive,    Round Lake Beach, IL 60073-1954
11549749      +Kirby Limited Partnership d/b/a,    Deerfield Square Limited Partnershi,
                740 N. Waukegan Rd., Ste. 400,    Deerfield, IL 60015-5503
11549750      +Kloss Distributing,    1333 Northwestern Avenue,    Gurnee, IL 60031-2347
11549751      +L & L Packing Company,    527 W. 41st Street,    Chicago, IL 60609-2708
11549797      +L&L Packing Company,    C/O Pamela McLean Meyerson,    151 North Harvey Avenue,
                Oak Park, IL 60302-2622
11549757      +LHR, Inc.,   assignee of First Equity,    56 Main Street,    Hamburg, NY 14075-4905
11588752      +Law Office of Barry Serota & Assoc.,    Case # 669688,    P O Box 1008,
                Arlington Heights, IL 60006-1008
11549753      +Law Offices of Barry Serota & Assoc,    Case No.: 669688,    P.O. Box 1008,
                Arlington Heights, IL 60006-1008
11549755      +Lencioni Wholesale Meats, Inc.,    1000 Brown Street,    Suite 205,   Wauconda, IL 60084-3110
11549756      +Lesley Harling,    131 Lilac Ln.,    Buffalo Grove, IL 60089-1847
11549758      +Lion Distributors,    3687 Commercial Avenue,    Northbrook, IL 60062-1822
11549760      +Making Glass Studio & Gallery,    1490 Old Deerfield Rd., Unit 18,    Highland Park, IL 60035-3023
11549761      +Marcat Inc. d/b/a Anmar Foods,    c/o Atlas & Leviton-Ref: 2603066.00,    P.O. Box 894,
                Glenview, IL 60025-0894
11549762      +Marcat, Inc. d/b/a Anmar Foods,    2150 W. Carroll Avenue,    Chicago, IL 60612-1604
11549763      +Marlin Leasing,    P.O. Box 13604,    Philadelphia, PA 19101-3604
11655283      +Marlin Leasing Corporation,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
11549764      +Marshall Fields (Corresp.),    P.O. Box 8098,    Lorain, OH 44055-8098
11549765      +Matek Law Offices, P.C.,    Ref: 06-08-00062,    77 West Washington, Ste. 1313,
                Chicago, IL 60602-3236
11549768      +McMaster Carr,    P.O. Box 7690,    Chicago, IL 60680-7690
11549770      +Michael Wolf,    1420 Sheridan Road,    Highland Park, IL 60035-3463
11549772      +Micros Systems, INC,    7031 Columbia Gateway Drive,    Columbia, MD 21046-2583
11549779      +NCO Financial Systems, Inc.,    Ref: CID075182959017USD/CF0706,    200 Vesey Street, 44th Fl.,
                New York, NY 10285-1000
11549778      +NCO Financial Systems, Inc.,    Ref: CID075182959017USD/CF0706,    507 Prudential Road,
                Horsham, PA 19044-2308
11549788      +NWS, Inc. d/b/a Union Beverage Co.,    c/o Catherine Elliott-Dunne,    P.O. Box 10371,
                Chicago, IL 60610-0371
11549789      +NWS, Inc. d/b/a Union Beverage Co.,    2600 W. 35th St.,    Chicago, IL 60632-1602
11549790      +NWS, Inc. d/b/a Union Beverage Co.,    3104 Farber Dr.,    Champaign, IL 61822-1074
11549774      +National Arbitration Forum,    File No. FA0612000858258,    P.O. Box 50191,
                Minneapolis, MN 55405-0191
11549775       Nationwide Credit,    Ref: CF8326,    4740 N. State Road, Suite 108,    Fort Lauderdale, FL 33319
11549776       Nationwide Credit, Inc.,    Ref: ID 7867959/Acct 37978994,    2015 Vaughn Rd. NW, Ste. 400,
                Kennesaw, GA 30144-7802
```

```
District/off: 0752-1          User: dpruitt              Page 3 of 5               Date Rcvd: Oct 21, 2011
                              Form ID: pdf006            Total Noticed: 203

11549782      +Nickolaou, Michaels & Evans, Ltd.,    Ref: 06M1142743,     7503 W. 56th St.,
                Summit, IL 60501-1331
11549781      +Nickolaou, Michaels & Evans, Ltd.,    Ref: 07M1 110265,     7503 W. 56th St.,
                Summit, IL 60501-1331
11549783      +North Shore Distillery, LLC,    P.O. Box 279,    Lake Bluff, IL 60044-0279
11549784       Northland Group, Inc.,    Ref: F14437040,    7831 Glenroy Rd., Ste. 350,     Edina, MN 55439-3108
11549785      +Northland Group, Inc.,    Ref: F14437040,    P.O. Box 390846,    Edina, MN 55439-0846
11549786      +Northland Group, Inc.,    Ref: F1443799126 - Mail Code CBK1,     P.O. Box 390905,
                Edina, MN 55439-0905
11549787      +Northland Group, Inc./Re:F13799126,     P.O. Box 390905,    Mail Code CBK1,    Edina, MN 55439-0905
11549791      +Office Depot (Corresp),    P.O. Box 689182,    Des Moines, IA 50368-9182
11549792       Office Depot Credit Plan,    P.O. Box 9020,    Des Moines, IA 50368
11549793      +Open Table, Inc.,    799 Market, 4th Floor,    San Francisco, CA 94103-2048
11549794      +Opex Communications, Inc.,    c/o Premiercom,    P.O. Box 707,    Elk Grove Village, IL 60009-0707
11549800      +PEI-AMS Direct,    7020 High Grove Blvd.,    Burr Ridge, IL 60527-7595
11549804       PFG of Minnesota,    Ref: OK0051,    7825 Washington Ave S., Ste. 410,     Minneapolis, MN 55439-2409
11549796      +Paintcraft, Inc.,    1843 W. Grand Ave.,    Chicago, IL 60622-6231
11549798      +Party Linens by De Normandie,    7780 S. Dante Ave.,     Chicago, IL 60619-3424
11549801      +People's Energy,    Attn: Bankruptcy Department,     130 E. Randolph, 17th Floor,
                Chicago, IL 60601-6207
11567690      +Peoples Gas Light & Coke Co.,    130 E Randolph Dr,     Chicago IL 60601-6203
11549803      +Peter Ward,    2644 W. Pratt Blvd.,    Unit 2,    Chicago, IL 60645-4506
11549806      +Premium Assignment Corp.,    P.O. Box 3100,    Tallahassee, FL 32315-3100
11549807      +Primary Financial Services,    Ref: 111000000689170561,     3115 N. 3rd Ave., Ste. 113,
                Phoenix, AZ 85013-4359
11549808      +ProHost USA, Inc.,    Ref: PAC5633078,    4500 Park Glen Rd., Ste. 410,
                Minneapolis, MN 55416-4892
11588754      +R A H Equipment Sales,    c/o Laurence M. Dunlap,     14047 Petronella Dr., Suite 202B,
                Libertyville, IL 60048-9429
11588753       R A H Equipment Sales,    355 W. Route 120,Bldg. 2,     Unit 1,    Round Lake, IL 60073
11549816      +RR Public Relations, Inc.,    2220 W. Dickens Ave.,     Chicago, IL 60647-4419
11549809      +Receivable Management Services,    Claim No.: 288042484-3/288042484-M1,      P.O. Box 20410,
                Bethlehem, PA 18025-0001
11549810      +Receivable Management Services,    Ref: 288042484-6,     P.O. Box 20410,    Bethlehem, PA 18025-0001
11549812       Receivables Control Corporation,    Ref: Ecolab 19747878,     7373 Kirkwood Court, Ste. 200,
                Minneapolis, MN 55369
11549813      +Receivables Control Corporation,    Ref: Ecolab 19747878,     P.O. Box 9658,
                Minneapolis, MN 55440-9658
11549819      +SBC/AT&T,   Law Department,    225 W. Randolph, Suite 27A,     Chicago, IL 60606-1839
11549818       SBC/AT&T,   Bill Payment Center,    Chicago, IL 60663
11650338     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,     PO BOX 7949,
                OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint Nextel,     c/o Sprint Bankruptcy,    P O Box 7949,
                Overland Park, KS 66207-0949)
11549817      +Sara Lee Coffee & Tea,    P.O. Box 93354,    Chicago, IL 60673-3354
11549821      +Southern Wine & Spirits of Illinois,     2971 Paysphere Circle,    Chicago, IL 60674-0001
11549820      +Southern Wine & Spirits of Illinois,     300 East Crossroads Parkway,    Bolingbrook, IL 60440-3516
11549822      +Sprint Customer Service (Corresp),     P.O. Box 8077,    London, KY 40742-8077
11549825      +State of Illinois - Dept. of Labor,     Hearings Division - 06-001264,
                160 N. La Salle St., Ste. C-1300,     Chicago, IL 60601-3114
11549823      +State of Illinois - Dept. of Labor,     Hearings Division - 06-001385,
                160 N. La Salle St., Ste. C-1300,     Chicago, IL 60601-3114
11549824      +State of Illinois - Dept. of Labor,     Hearings Division - 06-001386,
                160 N. La Salle St., Ste. C-1300,     Chicago, IL 60601-3114
11549827      +Stein & Rotman,    Ref: 060684/Banana Moon,     105 West Madison Street,    Chicago, IL 60602-4672
11549826      +Stein & Rotman,    Ref: Foodology, Inc. dba Banana Moo,     105 West Madison Street, Suite 600,
                Chicago, IL 60602-4672
11549828       Superior Knife, Inc.,    8120 N. Central Ave.,    Skokie, IL 60076
11549829      +Superior Refrigeration,    30333 North Fairfield Rd.,     Grayslake, IL 60030-9523
11549830      +Susan Swartz,    349 Marshman,    Highland Park, IL 60035-4734
11549831      +Sysco Food Services,    c/o McMahan & Sigunick, Ltd.,     412 S. Wells, 6th Floor,
                Chicago, IL 60607-3972
11549832       Sysco Food Services - Chicago, Inc.,     250 Wieboldt Dr.,    Des Plaines, IL 60016-3100
11549833      +Sysco Food Services - Chicago, Inc.,     P.O. Box 5037,    Des Plaines, IL 60017-5037
11549754     ++TIME PAYMENT CORP,    16 NEW ENGLAND EXECUTIVE PARK,     STE 200,    BURLINGTON MA 01803-5222
               (address filed with court: Leasecomm,     Ref: 30034896,    10M Commerce Way,    Woburn, MA 01801)
11549834       Taylor Chicago Distributors,    843 Cambridge Drive,     Elk Grove Village, IL 60007
11549835      +TeamCo International,    1130 Lake Cook Rd., Suite 130,     Buffalo Grove, IL 60089-1974
11549836      +Teodora Bailey,    215 E. Chestnut, #202,    Chicago, IL 60611-2345
11549837      +The Lock Up Storage Centers,    1505 Old Deerfield Rd.,     Highland Park, IL 60035-3025
11549838      +The Seafood Merchants, Ltd.,    900 Forest Edge Dr.,     Vernon Hills, IL 60061-3105
11549839      +TimePayment Corp.,    P.O. Box 3069,    Woburn, MA 01888-1969
11549840      +TimePayment Corp. (Corresp),    10-M Commerce Way,     Woburn, MA 01801-8000
11549841      +Tri-Star Mechanical Services, Inc.,     114 Joey Drive,    Elk Grove Village, IL 60007-1304
11549842      +True World Foods, Inc.,    950 Chase Avenue,    Elk Grove Village, IL 60007-4828
11549845      +Valentine & Kebartas, Inc.,    Ref: 006320525-01-5000,     P.O. Box 325,    Lawrence, MA 01842-0625
11549846       Van Ru Credit Corporation,    Ref: 12086249,    P.O. Box 618,    Park Ridge, IL 60068-0618
11549848      +Vengroff, Williams & Associates,    Ref: 2007163,     P.O. Box 4155,    Sarasota, FL 34230-4155
11549849      +Village of Deerfield,    850 Waukegan Rd.,    Deerfield, IL 60015-3279
11549850      +Vintage Wines,    242 Beinoris Drive,    Wood Dale, IL 60191-1250
```

```
District/off: 0752-1          User: dpruitt              Page 4 of 5                  Date Rcvd: Oct 21, 2011
                              Form ID: pdf006            Total Noticed: 203


11549851     +Wells Fargo Bank Visa (Corresp),    P.O. Box 522,    Des Moines, IA 50306-0522
11549852     +Wells Fargo Card Services,    P.O. Box 10347,    Des Moines, IA 50306-0347
11549853     +Wells Fargo Card Services,    P.O. Box 9210,    Des Moines, IA 50306-9210
11549854     +West Asset Management,    Ref: 2214335,    P.O. Box 105812,    Atlanta, GA 30348-5812
11549855     +Wolpoff & Abramson, LLP,    File: 166187396,    702 King Farm Blvd.,    Rockville, MD 20850-5775
11549856     +Wolpoff & Abramson, LLP,    File: 166187396/FA0612000858258,    702 King Farm Blvd.,
               Rockville, MD 20850-5775
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11549656      E-mail/Text: bkr@cardworks.com Oct 22 2011 01:39:18     Advanta Bank Corp.,    P.O. Box 30715,
               Salt Lake City, UT 84130
11549657      E-mail/Text: bkr@cardworks.com Oct 22 2011 01:39:18     Advanta Bank Corp.,    P.O. Box 844,
               Spring House, PA 19477-0844
11549655     +E-mail/Text: rklepak@capitalaccessnetwork.com Oct 22 2011 01:39:20     AdvanceMe, Inc.,
               600 TownPark Lane,    Suite 500,    Kennesaw, GA 30144-3734
11549682     +E-mail/Text: cms-bk@cms-collect.com Oct 22 2011 01:39:45     Capital Management Services, Inc.,
               Ref: 111000000689170561,    726 Exchange St., Ste. 700,    Buffalo, NY 14210-1464
11549688     +E-mail/Text: cms-bk@cms-collect.com Oct 22 2011 01:39:45     Chase Bank,
               c/o Capital Management Services, LP,    726 Exchange St., Ste. 700,    Buffalo, NY 14210-1464
11549698     +E-mail/Text: legalcollections@comed.com Oct 22 2011 01:38:58     Com Ed,    Attn: Credit Dept.,
               2100 Swift Dr.,    Oak Brook, IL 60523-1559
11549699     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Oct 22 2011 01:40:12     Comcast,
               2508 W. Route 120,    Mchenry, IL 60051-4712
11549705     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25     Discover Card (Notice),
               P.O. Box 15192,    Wilmington, DE 19850-5192
11549706     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25     Discover Financial Services,
               Ref: 6011007960179330,    P.O. Box 3025,    New Albany, OH 43054-3025
11549709     +E-mail/Text: bankruptcynotices@ecolab.com Oct 22 2011 01:40:02     Ecolab,    P.O. Box 70343,
               Chicago, IL 60673-0343
11549729     +E-mail/Text: bkynotice@harvardcollect.com Oct 22 2011 01:39:17     Harvard Collection Services,
               ID#9933297/Client#3427022047,    4839 N. Elston Ave.,    Chicago, IL 60630-2534
11549746     +E-mail/Text: nancy.brown@wirtzbev.com Oct 22 2011 01:40:02     Judge & Dolph, Ltd.,
               1501 Michael Dr.,    Wood Dale, IL 60191-1007
11549745     +E-mail/Text: nancy.brown@wirtzbev.com Oct 22 2011 01:40:02     Judge & Dolph, Ltd.,
               1925 Busse Rd.,    Elk Grove Village, IL 60007-5740
11549748     +E-mail/Text: cassandra@kingswoodleasing.com Oct 22 2011 01:40:13     Kingswood Leasing,
               P.O. Box 729,    Wolfeboro Falls, NH 03896-0729
11549752     +E-mail/Text: bmondrawickas@lakecountyil.gov Oct 22 2011 01:40:08
               Lake County Health Department,    Environmental Health Services,    3010 Grand Avenue,
               Waukegan, IL 60085-2321
11549769     +E-mail/Text: MARKZJR@ARHELP.COM Oct 22 2011 01:39:09     Michael Maysilles (REF: 729586),
               c/o Performance Source II, Ltd.,    5097 N. Elston Ave., Suite 300,    Chicago, IL 60630-2460
11549780     +E-mail/Text: SAGENOTICES@EFTNET.COM Oct 22 2011 01:39:15     Network1 Financial,
               Merch #: 3948000355501167,    1501 Farm Credit Dr., Suite 1500,    Mc Lean, VA 22102-5000
11549799     +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Oct 22 2011 01:39:08     Pawnee Leasing Corporation,
               700 Centre Avenue,    Fort Collins, CO 80526-1842
11549802     +E-mail/Text: MARKZJR@ARHELP.COM Oct 22 2011 01:39:09     Performance Source II, Ltd.,
               Ref: 729586,    P.O. Box 300783,    Chicago, IL 60630-0783
11549815     +E-mail/Text: bankruptcy@rewardsnetwork.com Oct 22 2011 01:39:31
               Rewards Network Establishment Services Inc.,    fka Idine Restaurant Group Inc.,
               2 N. Riverside Plaza, Suite 950,    Chicago, IL 60606-2614
11549843     +E-mail/Text: bnc@ursi.com Oct 22 2011 01:39:34     United Recovery Systems, LP,    Ref: 07267536,
               5800 N. Course Dr.,    Houston, TX 77072-1613
11549844      E-mail/Text: bnc@ursi.com Oct 22 2011 01:39:34     United Recovery Systems, LP,    Ref: 07267536,
               P.O. Box 722929,    Houston, TX 77272-2929
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11588751*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    230 S. Dearborn Street,
               Mail Stop 5010 CHI,    Chicago, IL 60604)
11588750*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    Department of the Treasury,
               Cincinnati, OH 45999)
11549771*    +Michael Wolf,    1420 Sheridan Rd.,    Highland Park, IL 60035-3463
11549653    ##+ADT Security Services, Inc.,    P.O. Box 96175,    Las Vegas, NV 89193-6175
11549678    ##+Biehl & Biehl, Inc.,    Ref: 3818172 McMaster Carr,    P.O. Box 66415,    Chicago, IL 60666-0415
11549683    ##+Capital One FSB,    P.O. Box 60067,    City Of Industry, CA 91716-0067
11549707    ##+DMX Music,    600 Congress Avenue,    Suite 1400,    Austin, TX 78701-3234
11549718    ##+First Equity Card Corp.,    P.O. Box 84075,    Columbus, GA 31908-4075
11549759    ##+Louis Glunz Wines, Inc.,    466 Diens Drive,    Wheeling, IL 60090-2641
11549767    ##+MBNA America (Corresp),    P.O. Box 15026,    Wilmington, DE 19850-5026
11549766    ##+Maverick Wine Co., LLC,    401 Eastern Ave.,    Bensenville, IL 60106-3810
11549773    ##+Modern Career Apparel,    71 W. Seegers Rd.,    Arlington Heights, IL 60005-3916
11549777    ##+NCO Financial Systems, Inc.,    Ref: 4115072597604076,    P.O. Box 61247, Dept. 64,
               Virginia Beach, VA 23466-1247
11549795    ##+Oxford Management Services,    Ref: Claim #10447845,    P.O. Box 18060,    Hauppauge, NY 11788-8860
11549805    ##+Platinum Distributing, Inc.,    400 Central Ave., Suite 320,    Northfield, IL 60093-3024
```

```
District/off: 0752-1           User: dpruitt              Page 5 of 5                   Date Rcvd: Oct 21, 2011
                               Form ID: pdf006           Total Noticed: 203
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
11549811    ##Receivable Recovery Specialists,    Ref: 3083-1,    P.O. Box 197,    Bensenville, IL 60106-0197
11549814    ##+Receivables Performance Management,    Ref: 5157370,    1930 220th St. SE, Ste. 101,
             Bothell, WA 98021-8410
11549847    ##+Van Ru Credit Corporation,    Ref: 12086249,    11745 W. Bradley Rd.,    Milwaukee, WI 53224-2531
                                                                                  TOTALS: 0, * 3, ## 15
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**                            **Signature:**   *Joseph Speetjens*