**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | BK No.:   07-14796 |
| | ) | |
| FOODOLOGY, INC., | ) | Chapter 7 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor. | ) | |

**NOTICE OF REVISION TO FINAL REPORT
AND CONTINUED HEARING ON FINAL REPORT**

**PLEASE TAKE NOTICE THAT** on October 31, 2011, REWARDS NETWORK ESTABLISHMENT SERVICES, INC., filed an Amended Proof of Claim which established its perfected security interest in the funds being held by the Trustee in this case. As a result of that perfection, the proceeds of this estate (less payment of the Trustee's fees and Accountant for Trustee's fees) will be paid to Rewards Network Establishment Services, Inc.

The continued hearing on the Final Report will be heard by the Court at 2:00 p.m. on January 6, 2012 in Courtroom B, Lake County Courthouse, 301 Greenleaf Avenue, Park City, Illinois 60085.

   */s/ John E. Gierum*
   John E. Gierum, Trustee

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy this notice to be served on all persons set forth above through the Court's Electronic Notice for Registrants or by placing copies of them in sealed envelopes properly addressed and depositing them in the United States Mail Chute at 9700 West Higgins Road, Rosemont, Illinois, at or before the hour of 5:00 p.m. on the 13th day of December, 2011.

   /s/   *John E. Gierum*
   John E. Gierum

SERVICE LIST


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999


Illinois Department of Revenue
Bankruptcy Section / Course 7-425
100 West Randolph
Chicago, IL 60606