UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 07-14796 |
| | ) | |
| FOODOLOGY, INC. | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**Agreed Order Approving Payment of Secured Creditor**

THIS MATTER CAME ON TO BE HEARD on the Trustee's Final Report and Applications to Pay Compensation. Due notice was given and the only filed objection was by Rewards Network Establishment Services, Inc. (" REWARDS"). The Court considered the application, supporting materials, representations of counsel, and was otherwise fully advised in the premises, and by agreement of the Trustee and Objector;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. REWARDS shall have an allowed secured claim of $49,848.87( the "Allowed Secured Claim");
2. The allowed secured claim is secured by a first priority valid and perfected lien in all of the personal property of the debtor, tangible and intangible, and all proceeds thereof;
3. The Trustee is holding $39,442.84, all of which is comprised of proceeds of REWARDS collateral and to which their lien attaches( the "PROCEEDS");
4. REWARDS has consented to the payment of (i) the Trustee's fees and costs of $4749.03, and (ii) the Trustee's Accountants fees of $1822.50, both from the REWARDS Proceeds;
5. The remaining proceeds of $ 32,871.31 shall be paid to REWARDS within 5 days of entry of this Order on behalf of it's secured claim.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 1/6/12

**Prepared by:**

John E. Gierum
Gierum & Mantas
9700 West Higgins Road
Suite 1915
Rosemont, IL 60018
847/318-9130
Atty. No. 0751803

Rev: 201100318_bko