# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: FOODOLOGY, INC. | § Case No. 07-14796 |
| | § |
| MOON, BANANA | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $32,790.68 | Claims Discharged Without Payment: $515,299.24 |
| Total Expenses of Administration: $7,200.63 | |

3) Total gross receipts of $ 39,991.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $39,991.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $58,568.98 | $58,568.98 | $32,790.68 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 7,200.63 | 7,200.63 | 7,200.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 169,292.36 | 169,292.36 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 346,006.88 | 346,006.88 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $581,068.85 | $581,068.85 | $39,991.31 |

4) This case was originally filed under Chapter 7 on August 16, 2007. The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2012          By: /s/JOHN E. GIERUM
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash from sale of assets | 1129-000 | 39,802.51 |
| Interest Income | 1270-000 | 188.80 |
| **TOTAL GROSS RECEIPTS** | | **$39,991.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Rewards Network Establishment Services, Inc. | 4110-000 | N/A | 49,848.87 | 49,848.87 | 32,790.68 |
| 28 | Time Payment Corp. ( Corresp) | 4110-000 | N/A | 8,720.11 | 8,720.11 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$58,568.98** | **$58,568.98** | **$32,790.68** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 4,749.03 | 4,749.03 | 4,749.03 |
| JOHN E. GIERUM | 2200-000 | N/A | 134.85 | 134.85 | 134.85 |
| Lois West, Popowcer Katten Ltd. | 3410-000 | N/A | 1,822.50 | 1,822.50 | 1,822.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 76.43 | 76.43 | 76.43 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 92.65 | 92.65 | 92.65 |
| The Bank of New York Mellon | 2600-000 | N/A | -2.73 | -2.73 | -2.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.55 | 81.55 | 81.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 78.67 | 78.67 | 78.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.64 | 86.64 | 86.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.04 | 81.04 | 81.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,200.63** | **$7,200.63** | **$7,200.63** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | N/A | 166,293.36 | 166,293.36 | 0.00 |
| 4P | Illinois Department of Revenue (p) | 5800-000 | N/A | 2,999.00 | 2,999.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$169,292.36** | **$169,292.36** | **$0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Peoples Gas Light & Coke Co. | 7100-000 | N/A | 2,117.69 | 2,117.69 | 0.00 |
| 2 | Micros Systems, INC | 7100-000 | N/A | 5,990.98 | 5,990.98 | 0.00 |
| 3U | Internal Revenue Service | 7100-000 | N/A | 7,362.27 | 7,362.27 | 0.00 |
| 4U | Illinois Department of Revenue (p) | 7100-000 | N/A | 380.00 | 380.00 | 0.00 |
| 5 | Paintcraft, Inc. | 7100-000 | N/A | 2,280.00 | 2,280.00 | 0.00 |
| 6 | Village of Deerfield | 7100-000 | N/A | 537.92 | 537.92 | 0.00 |
| 7 | Empire Cooler Service, Inc. | 7100-000 | N/A | 300.00 | 300.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| # | Creditor | Code | | Amount | Amount | Paid |
|---|---|---|---|---:|---:|---:|
| 9 | Judge & Dolph, Ltd. | 7100-000 | N/A | 265.59 | 265.59 | 0.00 |
| 10 | L&L Packing Company | 7100-000 | N/A | 4,302.61 | 4,302.61 | 0.00 |
| 11 | Edward Don & Company | 7100-000 | N/A | 6,193.30 | 6,193.30 | 0.00 |
| 12 | American Express Bank FSB | 7100-000 | N/A | 10,039.98 | 10,039.98 | 0.00 |
| 13 | Benford Plumbing, Inc. | 7100-000 | N/A | 4,202.63 | 4,202.63 | 0.00 |
| 14 | Superior Knife, Inc. | 7100-000 | N/A | 154.60 | 154.60 | 0.00 |
| 15 | Sprint Nextel | 7100-000 | N/A | 1,408.15 | 1,408.15 | 0.00 |
| 16 | McMaster Carr | 7100-000 | N/A | 340.74 | 340.74 | 0.00 |
| 17 | Sysco Food Services | 7100-000 | N/A | 10,279.79 | 10,279.79 | 0.00 |
| 18 | Marlin Leasing Corporation | 7100-000 | N/A | 19,853.87 | 19,853.87 | 0.00 |
| 19 | ADT Security Systems Inc | 7100-000 | N/A | 131.66 | 131.66 | 0.00 |
| 20 | ADT Security Systems Inc | 7100-000 | N/A | 1,481.73 | 1,481.73 | 0.00 |
| 21 | The Seafood Merchants, Ltd. | 7100-000 | N/A | 16,706.25 | 16,706.25 | 0.00 |
| 22 | Ecolab | 7100-000 | N/A | 3,294.87 | 3,294.87 | 0.00 |
| 23 | John J. Hanover | 7100-000 | N/A | 226,000.00 | 226,000.00 | 0.00 |
| 24 | Justin A. Sheridan | 7100-000 | N/A | 300.00 | 300.00 | 0.00 |
| 25 | Badger Murphy Food Service | 7100-000 | N/A | 8,957.92 | 8,957.92 | 0.00 |
| 26 | LHR, Inc. | 7100-000 | N/A | 9,107.49 | 9,107.49 | 0.00 |
| 27 | Federated Financial Corporation | 7100-000 | N/A | 4,016.84 | 4,016.84 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $346,006.88 | $346,006.88 | $0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-14796
**Case Name:** FOODOLOGY, INC.

**Period Ending:** 06/09/12

**Trustee:** (520171) JOHN E. GIERUM
**Filed (f) or Converted (c):** 08/16/07 (f)
**§341(a) Meeting Date:** 09/07/07
**Claims Bar Date:** 12/10/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash from sale of assets | 39,703.74 | 39,802.51 | | 39,802.51 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 188.80 | FA |
| 2 | Assets Totals (Excluding unknown values) | **$39,703.74** | **$39,802.51** | | **$39,991.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

awaiting checks to clear bank

**Initial Projected Date Of Final Report (TFR):** December 31, 2009    **Current Projected Date Of Final Report (TFR):** October 20, 2011 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-14796
**Case Name:** FOODOLOGY, INC.

**Taxpayer ID #:** **-***5483
**Period Ending:** 06/09/12

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****15-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/07 | {1} | Richard Ralph & Schwab Chartered | SALE PROCEEDS | 1129-000 | 39,802.51 | | 39,802.51 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.50 | | 39,811.01 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.38 | | 39,834.39 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 20.72 | | 39,855.11 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 20.29 | | 39,875.40 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 18.23 | | 39,893.63 |
| 02/05/08 | | To Account #********1566 | BOND REIMBURSEMENT | 9999-000 | | 34.25 | 39,859.38 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 8.18 | | 39,867.56 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.40 | | 39,874.96 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.56 | | 39,880.52 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.99 | | 39,885.51 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.06 | | 39,890.57 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.07 | | 39,895.64 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.74 | | 39,900.38 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.23 | | 39,905.61 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.35 | | 39,909.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.13 | | 39,913.09 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.83 | | 39,915.92 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 39,917.54 |
| 02/19/09 | | To Account #********1566 | BOND REIMBURSEMENT | 9999-000 | | 34.72 | 39,882.82 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.51 | | 39,884.33 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.73 | | 39,886.06 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 39,887.68 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 39,889.25 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.73 | | 39,890.98 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 39,892.66 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 39,894.34 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 39,895.96 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 39,897.58 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 39,899.26 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 39,900.94 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 39,902.51 |
| 02/12/10 | | To Account #********1566 | TRANSFER OF FUNDS | 9999-000 | | 31.05 | 39,871.46 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.51 | | 39,872.97 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.78 | | 39,874.75 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.03 | | 39,875.78 |
| 04/20/10 | | Wire out to BNYM account | Wire out to BNYM account 9200******1565 | 9999-000 | -39,875.78 | | 0.00 |

Subtotals: $100.02    $100.02

{} Asset reference(s)

Printed: 06/09/2012 12:04 PM   V.13.02

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-14796 | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|
| Case Name: | FOODOLOGY, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****15-65 - Money Market Account |
| Taxpayer ID #: | **-***5483 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/09/12 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | 9200******1565 | | | | | | |
| | | | ACCOUNT TOTALS | | 100.02 | 100.02 | $0.00 |
| | | | Less: Bank Transfers | | -39,875.78 | 100.02 | |
| | | | **Subtotal** | | 39,975.80 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,975.80** | **$0.00** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-14796 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | FOODOLOGY, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****15-66 - Checking Account |
| Taxpayer ID #: | **-***5483 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/08 | | From Account #********1565 | BOND REIMBURSEMENT | 9999-000 | 34.25 | | 34.25 |
| 02/05/08 | 101 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #07-14794, Bond Reimbursement (Bond #016026455) | 2200-000 | | 34.25 | 0.00 |
| 02/19/09 | | From Account #********1565 | BOND REIMBURSEMENT | 9999-000 | 34.72 | | 34.72 |
| 02/19/09 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #07-14796, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 34.72 | 0.00 |
| 02/12/10 | | From Account #********1565 | TRANSFER OF FUNDS | 9999-000 | 31.05 | | 31.05 |
| 02/12/10 | 103 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 07-14796 | 2200-000 | | 31.05 | 0.00 |
| | | | ACCOUNT TOTALS | | 100.02 | 100.02 | $0.00 |
| | | | Less: Bank Transfers | | 100.02 | 0.00 | |
| | | | Subtotal | | 0.00 | 100.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $100.02 | |

{} Asset reference(s)

Printed: 06/09/2012 12:04 PM   V.13.02

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 07-14796 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | FOODOLOGY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******15-65 - Checking Account |
| Taxpayer ID #: | **-***5483 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | 9999-000 | 39,875.78 | | 39,875.78 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.84 | | 39,876.62 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.37 | | 39,878.99 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.29 | | 39,881.28 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.37 | | 39,883.65 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.37 | | 39,886.02 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,886.34 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,886.67 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,886.99 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,887.32 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,887.65 |
| 02/04/11 | | To Account #9200******1566 | TRANSFER OF FUNDS | 9999-000 | | 34.83 | 39,852.82 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 39,853.12 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,853.45 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,853.77 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,854.10 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,854.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,854.75 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.43 | 39,778.32 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,778.65 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.65 | 39,686.00 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.73 | 39,688.73 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,689.05 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.55 | 39,607.50 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,607.83 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.67 | 39,529.16 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,529.48 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.64 | 39,442.84 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,443.17 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.04 | 39,362.13 |
| 01/09/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 39,362.21 |
| 01/09/12 | | To Account #9200******1566 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 39,362.21 | 0.00 |

Subtotals :  $39,891.29   $39,891.29

{} Asset reference(s)

Printed: 06/09/2012 12:04 PM   V.13.02

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 07-14796 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | FOODOLOGY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******15-65 - Checking Account |
| Taxpayer ID #: | **-***5483 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 39,891.29 | 39,891.29 | $0.00 |
| | | | Less: Bank Transfers | | 39,875.78 | 39,397.04 | |
| | | | **Subtotal** | | 15.51 | 494.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15.51** | **$494.25** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 07-14796 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | FOODOLOGY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******15-66 - Checking Account |
| Taxpayer ID #: | **-***5483 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******1565 | TRANSFER OF FUNDS | 9999-000 | 34.83 | | 34.83 |
| 02/07/11 | 10104 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #07-14796, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 34.83 | 0.00 |
| 01/09/12 | | From Account #9200******1565 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 39,362.21 | | 39,362.21 |
| 01/11/12 | 10105 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 4,749.03 | 34,613.18 |
| 01/11/12 | 10106 | Lois West, Popowcer Katten Ltd. | First and Final Distribution | 3410-000 | | 1,822.50 | 32,790.68 |
| 01/11/12 | 10107 | Rewards Network Establishment Services, Inc. | First and Final Distribution | 4110-000 | | 32,790.68 | 0.00 |
| | | | ACCOUNT TOTALS | | 39,397.04 | 39,397.04 | $0.00 |
| | | | Less: Bank Transfers | | 39,397.04 | 0.00 | |
| | | | Subtotal | | 0.00 | 39,397.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $39,397.04 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****15-65 | 39,975.80 | 0.00 | 0.00 |
| Checking # ***-*****15-66 | 0.00 | 100.02 | 0.00 |
| Checking # 9200-******15-65 | 15.51 | 494.25 | 0.00 |
| Checking # 9200-******15-66 | 0.00 | 39,397.04 | 0.00 |
| | $39,991.31 | $39,991.31 | $0.00 |

{} Asset reference(s)                                              Printed: 06/09/2012 12:04 PM   V.13.02

**Check Number: 10105    Pay Date: 01/12/2012  Amount: $4,749.03**



**Check Number: 10106    Pay Date: 01/23/2012  Amount: $1,822.50**



Check Number: 101707  Pay Date: 01/19/2012  Amount: $32,790.68

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0410, Pittsburgh, PA 15262

VOID AFTER 90 DAYS

10107

Case: 07-14796 ABQ
Debtor: FOODOLOGY, INC.
92000738541566
First and Final Distribution

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 01/11/2012     $ ******32,790.68

---Thirty-Two Thousand Seven Hundred Ninety Dollars and 68/100

Pay to the
Order of: Rewards Network Establishment Services, Inc.
2 North Riverside Plaza
Suite 200
Chicago IL 60606

JOHN E. GIERUM, Trustee

⑈000101707⑈ ⑆043302493⑆ 92000738541566⑈

For Deposit Only
Account# 935369728