**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FOODOLOGY, INC. | § | Case No. 07-14796 |
| | § | |
| MOON, BANANA | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                           Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $32,790.68       Claims Discharged
                                                  Without Payment: $515,299.24

Total Expenses of Administration: $7,200.63

---

3) Total gross receipts of $ 39,991.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $39,991.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $58,568.98 | $58,568.98 | $32,790.68 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,200.63 | 7,200.63 | 7,200.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 169,292.36 | 169,292.36 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 346,006.88 | 346,006.88 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $581,068.85 | $581,068.85 | $39,991.31 |

4) This case was originally filed under Chapter 7 on August 16, 2007. The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/06/2012         By: /s/JOHN E. GIERUM
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash from sale of assets | 1129-000 | 39,802.51 |
| Interest Income | 1270-000 | 188.80 |
| **TOTAL GROSS RECEIPTS** | | **$39,991.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Rewards Network Establishment Services, Inc. | 4110-000 | N/A | 49,848.87 | 49,848.87 | 32,790.68 |
| 28 | Time Payment Corp. ( Corresp) | 4110-000 | N/A | 8,720.11 | 8,720.11 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$58,568.98** | **$58,568.98** | **$32,790.68** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 4,749.03 | 4,749.03 | 4,749.03 |
| JOHN E. GIERUM | 2200-000 | N/A | 134.85 | 134.85 | 134.85 |
| Lois West, Popowcer Katten Ltd. | 3410-000 | N/A | 1,822.50 | 1,822.50 | 1,822.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 76.43 | 76.43 | 76.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 92.65 | 92.65 | 92.65 |
| The Bank of New York Mellon | 2600-000 | N/A | -2.73 | -2.73 | -2.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.55 | 81.55 | 81.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 78.67 | 78.67 | 78.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.64 | 86.64 | 86.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.04 | 81.04 | 81.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,200.63 | $7,200.63 | $7,200.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | N/A | 166,293.36 | 166,293.36 | 0.00 |
| 4P | Illinois Department of Revenue (p) | 5800-000 | N/A | 2,999.00 | 2,999.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $169,292.36 | $169,292.36 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Peoples Gas Light & Coke Co. | 7100-000 | N/A | 2,117.69 | 2,117.69 | 0.00 |
| 2 | Micros Systems, INC | 7100-000 | N/A | 5,990.98 | 5,990.98 | 0.00 |
| 3U | Internal Revenue Service | 7100-000 | N/A | 7,362.27 | 7,362.27 | 0.00 |
| 4U | Illinois Department of Revenue (p) | 7100-000 | N/A | 380.00 | 380.00 | 0.00 |
| 5 | Paintcraft, Inc. | 7100-000 | N/A | 2,280.00 | 2,280.00 | 0.00 |
| 6 | Village of Deerfield | 7100-000 | N/A | 537.92 | 537.92 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Empire Cooler Service, Inc. | 7100-000 | N/A | 300.00 | 300.00 | 0.00 |
| 9 | Judge & Dolph, Ltd. | 7100-000 | N/A | 265.59 | 265.59 | 0.00 |
| 10 | L&L Packing Company | 7100-000 | N/A | 4,302.61 | 4,302.61 | 0.00 |
| 11 | Edward Don & Company | 7100-000 | N/A | 6,193.30 | 6,193.30 | 0.00 |
| 12 | American Express Bank FSB | 7100-000 | N/A | 10,039.98 | 10,039.98 | 0.00 |
| 13 | Benford Plumbing, Inc. | 7100-000 | N/A | 4,202.63 | 4,202.63 | 0.00 |
| 14 | Superior Knife, Inc. | 7100-000 | N/A | 154.60 | 154.60 | 0.00 |
| 15 | Sprint Nextel | 7100-000 | N/A | 1,408.15 | 1,408.15 | 0.00 |
| 16 | McMaster Carr | 7100-000 | N/A | 340.74 | 340.74 | 0.00 |
| 17 | Sysco Food Services | 7100-000 | N/A | 10,279.79 | 10,279.79 | 0.00 |
| 18 | Marlin Leasing Corporation | 7100-000 | N/A | 19,853.87 | 19,853.87 | 0.00 |
| 19 | ADT Security Systems Inc | 7100-000 | N/A | 131.66 | 131.66 | 0.00 |
| 20 | ADT Security Systems Inc | 7100-000 | N/A | 1,481.73 | 1,481.73 | 0.00 |
| 21 | The Seafood Merchants, Ltd. | 7100-000 | N/A | 16,706.25 | 16,706.25 | 0.00 |
| 22 | Ecolab | 7100-000 | N/A | 3,294.87 | 3,294.87 | 0.00 |
| 23 | John J. Hanover | 7100-000 | N/A | 226,000.00 | 226,000.00 | 0.00 |
| 24 | Justin A. Sheridan | 7100-000 | N/A | 300.00 | 300.00 | 0.00 |
| 25 | Badger Murphy Food Service | 7100-000 | N/A | 8,957.92 | 8,957.92 | 0.00 |
| 26 | LHR, Inc. | 7100-000 | N/A | 9,107.49 | 9,107.49 | 0.00 |
| 27 | Federated Financial Corporation | 7100-000 | N/A | 4,016.84 | 4,016.84 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $346,006.88 | $346,006.88 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-14796  
**Case Name:** FOODOLOGY, INC.  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/16/07 (f)  
**§341(a) Meeting Date:** 09/07/07  

**Period Ending:** 07/06/12  
**Claims Bar Date:** 12/10/07  

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash from sale of assets | 39,703.74 | 39,802.51 | | 39,802.51 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 188.80 | FA |
| 2 | Assets   Totals (Excluding unknown values) | **$39,703.74** | **$39,802.51** | | **$39,991.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

awaiting checks to clear bank

**Initial Projected Date Of Final Report (TFR):**    December 31, 2009    **Current Projected Date Of Final Report (TFR):**    October 20, 2011  (Actual)

Printed: 07/06/2012 02:54 PM    V.13.02

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-14796  
**Case Name:** FOODOLOGY, INC.  

**Taxpayer ID #:** **-***5483  
**Period Ending:** 07/06/12  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/13/07 | {1} | Richard Ralph & Schwab Chartered | SALE PROCEEDS | 1129-000 | 39,802.51 | | 39,802.51 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.50 | | 39,811.01 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.38 | | 39,834.39 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 20.72 | | 39,855.11 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 20.29 | | 39,875.40 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 18.23 | | 39,893.63 |
| 02/05/08 | | To Account #********1566 | BOND REIMBURSEMENT | 9999-000 | | 34.25 | 39,859.38 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 8.18 | | 39,867.56 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.40 | | 39,874.96 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.56 | | 39,880.52 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.99 | | 39,885.51 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.06 | | 39,890.57 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.07 | | 39,895.64 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.74 | | 39,900.38 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.23 | | 39,905.61 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.35 | | 39,909.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.13 | | 39,913.09 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.83 | | 39,915.92 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 39,917.54 |
| 02/19/09 | | To Account #********1566 | BOND REIMBURSEMENT | 9999-000 | | 34.72 | 39,882.82 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.51 | | 39,884.33 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.73 | | 39,886.06 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 39,887.68 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 39,889.25 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.73 | | 39,890.98 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 39,892.66 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 39,894.34 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 39,895.96 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.62 | | 39,897.58 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 39,899.26 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.68 | | 39,900.94 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 39,902.51 |
| 02/12/10 | | To Account #********1566 | TRANSFER OF FUNDS | 9999-000 | | 31.05 | 39,871.46 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.51 | | 39,872.97 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.78 | | 39,874.75 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.03 | | 39,875.78 |
| 04/20/10 | | Wire out to BNYM account | Wire out to BNYM account 9200******1565 | 9999-000 | -39,875.78 | | 0.00 |
| | | | Subtotals : | | $100.02 | $100.02 | |

{} Asset reference(s)

Printed: 07/06/2012 02:54 PM    V.13.02

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 07-14796 | | **Trustee:** | JOHN E. GIERUM (520171) |
| **Case Name:** | FOODOLOGY, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****15-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5483 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 07/06/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | 9200******1565 | | | | | |
| | | | ACCOUNT TOTALS | | 100.02 | 100.02 | $0.00 |
| | | | Less: Bank Transfers | | -39,875.78 | 100.02 | |
| | | | **Subtotal** | | **39,975.80** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,975.80** | **$0.00** | |

{} Asset reference(s)                                                                                                                        Printed: 07/06/2012 02:54 PM    V.13.02

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-14796  
**Case Name:** FOODOLOGY, INC.  
**Taxpayer ID #:** **-***5483  
**Period Ending:** 07/06/12  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/08 | | From Account #********1565 | BOND REIMBURSEMENT | 9999-000 | 34.25 | | 34.25 |
| 02/05/08 | 101 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #07-14794, Bond Reimbursement (Bond #016026455) | 2200-000 | | 34.25 | 0.00 |
| 02/19/09 | | From Account #********1565 | BOND REIMBURSEMENT | 9999-000 | 34.72 | | 34.72 |
| 02/19/09 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #07-14796, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 34.72 | 0.00 |
| 02/12/10 | | From Account #********1565 | TRANSFER OF FUNDS | 9999-000 | 31.05 | | 31.05 |
| 02/12/10 | 103 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 07-14796 | 2200-000 | | 31.05 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 100.02 | 100.02 | $0.00 |
| Less: Bank Transfers | 100.02 | 0.00 | |
| **Subtotal** | 0.00 | 100.02 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$100.02** | |

{} Asset reference(s)

Printed: 07/06/2012 02:54 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-14796  
**Case Name:** FOODOLOGY, INC.  
**Taxpayer ID #:** **-***5483  
**Period Ending:** 07/06/12

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | 9999-000 | 39,875.78 | | 39,875.78 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.84 | | 39,876.62 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.37 | | 39,878.99 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.29 | | 39,881.28 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.37 | | 39,883.65 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.37 | | 39,886.02 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,886.34 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,886.67 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,886.99 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,887.32 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,887.65 |
| 02/04/11 | | To Account #9200******1566 | TRANSFER OF FUNDS | 9999-000 | | 34.83 | 39,852.82 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 39,853.12 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,853.45 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,853.77 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,854.10 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,854.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,854.75 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.43 | 39,778.32 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,778.65 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.65 | 39,686.00 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.73 | 39,688.73 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,689.05 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.55 | 39,607.50 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,607.83 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.67 | 39,529.16 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 39,529.48 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.64 | 39,442.84 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 39,443.17 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.04 | 39,362.13 |
| 01/09/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 39,362.21 |
| 01/09/12 | | To Account #9200******1566 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 39,362.21 | 0.00 |

Subtotals: $39,891.29    $39,891.29

{} Asset reference(s)

Printed: 07/06/2012 02:54 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 07-14796  
**Case Name:** FOODOLOGY, INC.  
**Taxpayer ID #:** **-***5483  
**Period Ending:** 07/06/12  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 39,891.29 | 39,891.29 | $0.00 |
| | | | Less: Bank Transfers | | 39,875.78 | 39,397.04 | |
| | | | **Subtotal** | | **15.51** | **494.25** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15.51** | **$494.25** | |

{} Asset reference(s)

Printed: 07/06/2012 02:54 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 07-14796  
**Case Name:** FOODOLOGY, INC.  
**Taxpayer ID #:** **-***5483  
**Period Ending:** 07/06/12  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******1565 | TRANSFER OF FUNDS | 9999-000 | 34.83 | | 34.83 |
| 02/07/11 | 10104 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #07-14796, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 34.83 | 0.00 |
| 01/09/12 | | From Account #9200******1565 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 39,362.21 | | 39,362.21 |
| 01/11/12 | 10105 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 4,749.03 | 34,613.18 |
| 01/11/12 | 10106 | Lois West, Popowcer Katten Ltd. | First and Final Distribution | 3410-000 | | 1,822.50 | 32,790.68 |
| 01/11/12 | 10107 | Rewards Network Establishment Services, Inc. | First and Final Distribution | 4110-000 | | 32,790.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **39,397.04** | **39,397.04** | **$0.00** |
| | | | Less: Bank Transfers | | 39,397.04 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **39,397.04** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$39,397.04** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****15-65** | 39,975.80 | 0.00 | 0.00 |
| **Checking # ***-*****15-66** | 0.00 | 100.02 | 0.00 |
| **Checking # 9200-******15-65** | 15.51 | 494.25 | 0.00 |
| **Checking # 9200-******15-66** | 0.00 | 39,397.04 | 0.00 |
| | **$39,991.31** | **$39,991.31** | **$0.00** |

{} Asset reference(s)

Printed: 07/06/2012 02:54 PM    V.13.02